# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | | |
|---|---|---|
| BRENDA JOYCE BROWN, | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00077-JMV |
| | § | |
| ANDREW M. SAUL, | § | |
| Commissioner of the | § | |
| Social Security Administration, | § | DEFENDANT |

## ORDER

Having Considered Defendant's Motion for Remand, the Motion is **GRANTED** for the reasons stated therein. Accordingly, this case will be REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 23rd day of September, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**