**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**


| | | |
|---|---|---|
| **BRENDA JOYCE BROWN,** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil Action No.  4:19-cv-00077-JMV** |
| | § | |
| **ANDREW M. SAUL,** | § | |
| **Commissioner of the** | § | |
| **Social Security Administration,** | § | **DEFENDANT** |


## FINAL JUDGMENT

Consistent with the Order [15] granting Defendant's motion for remand of this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is

REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth

sentence of 42 U.S.C. § 405(g).

This 23rd day of September, 2019.


/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**