# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | | |
|---|---|---|
| **BRENDA JOYCE BROWN,** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00077-JMV |
| | § | |
| **ANDREW M. SAUL,** | § | |
| **Commissioner of the** | § | |
| **Social Security Administration,** | § | **DEFENDANT** |

## ORDER ON PETITION FOR ATTORNEY FEES

Before the Court are Plaintiff's motion [17] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Defendant's response [18], and Plaintiff's reply [19].

In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Final Judgment [16] dated September 23, 2019, this Court remanded this case to the Commissioner for further proceedings. Plaintiff now seeks attorney fees in the amount of $4,419.57 for 22.20 hours of attorney time before this Court on the grounds that Plaintiff was the prevailing party and the Commissioner's position was not "substantially justified." The Acting Commissioner does not oppose the requested award.

The Court, having thoroughly considered the motion, response, and the applicable law, finds the requested award is reasonable; and no special circumstance would make the award unjust.

**THEREFORE, IT IS ORDERED**:

That the Commissioner shall promptly pay to Plaintiff's counsel $4,419.57 in attorney fees.

This 26th day of November, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE